1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5056
7       FAX: (408) 535-5066
        E-Mail: Susan.Knight@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )  No. CR 14-71256 MAG
                                       )
14          Plaintiff,                 )  STIPULATION AND [PROPOSED] ORDER
                                       )  CONTINUING ARRAIGNMENT AND
15     v.                              )  EXCLUDING TIME UNDER FEDERAL RULE OF
                                       )  CRIMINAL PROCEDURE 5.1 AND THE SPEEDY
16  SERGIO VARGAS,                     )  TRIAL ACT
                                       )
17                                     )
            Defendant.                 )
18                                     )
   _____)
19

20       The undersigned parties respectfully request that the arraignment scheduled for December 10, 2014

21  be continued to January 29, 2015. The defendant resides in Woodland, California, and the parties are

22  exploring the possibility of a Rule 20 transfer to the Eastern District of California. In order for the case

23  to be transferred, the defendant must agree to enter a guilty plea and the United States Attorney for the

24  Eastern District of California must accept the case. Therefore, the parties need time to explore a pre-

25  indictment resolution of the case, and obtain the consent of the United States Attorney in the Eastern

26  District of California to transfer the case. The parties also request an exclusion under Rule 5(c) and (d)

27  of the Federal Rules of Criminal Procedure and the Speedy Trial Act. The parties agree and stipulate that

28  an exclusion of time under both Rule 5.1 and the Speedy Trial Act from December 10, 2014 to January

STIPULATION AND [PROPOSED] ORDER
CR 14-71256 KAW

29, 2015 is appropriate based on the parties need to determine if the case can be resolved. In addition, AFPD Beevers needs time to review the discovery, conduct his investigation, and consult with the defendant. 18 U.S.C. §§ 3161(b) and 3161(h)(7)(B)(iv).

SO STIPULATED:

DATED: December 9, 2014                MELINDA HAAG
                                       United States Attorney
                                       /s/
                                       _____
                                       SUSAN KNIGHT
                                       Assistant United States Attorney


DATED: December 9, 2014

                                       /s/
                                       _____
                                       DOUGLAS J. BEEVERS
                                       Assistant Federal Public Defender
                                       Counsel for Mr. Vargas


## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the arraignment scheduled for December 10, 2015 is continued to January 29, 2015 at 9:30 a.m.

The Court FURTHER ORDERS time be excluded under Rule 5.1(c) and (d) in order for the parties to explore a pre-indictment resolution. The Court also excludes time under the Speedy Trial Act from December 10, 2014 through January 29, 2015. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 12/9/14

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 14-71256 KAW